UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

——————————————————————————

SIMON MEISELS on behalf of himself and
all other similarly situated consumers

                          Plaintiff,

          -against-

ALLTRAN FINANCIAL, LP
F/K/A UNITED RECOVERY SYSTEMS, L.P.

                   Defendant.

——————————————————————————

Case No.

**1:17-cv-06141-SLT-PK**

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and Plaintiff's

attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with

prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that

a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Dated: Brooklyn, New York
       January 4, 2019

                                 /s/ Maxim Maximov_____
                              Maxim Maximov, Esq.
                              Maxim Maximov, LLP
                              Attorney for the Plaintiff
                              1701 Avenue P
                              Brooklyn, New York 11229
                              Office: (718) 395-3459
                              Facsimile: (718) 408-9570
                              E-mail: m@maximovlaw.com

-1-